255 WEST 90TH CORPORATION v. DEMOTT DRUG CORPORATION and Others.—

Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.